IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**MAACO FRANCHISING, INC.,** :
    Plaintiff, :
: **CIVIL ACTION**
        v. : **NO. 12-5500**
:
**RICHARD O. TAINTER and DIANE E. TAINTER,** :
    Defendants. :
_____:

# O R D E R

AND NOW, this 6th day of June, 2013, upon consideration of Defendants' Motion to Transfer Venue to the Northern District of California [Doc. No. 2] and Plaintiff's Opposition thereto [Doc. No. 7], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the Motion to Transfer Venue is DENIED.

It is so ORDERED.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE