IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAACO FRANCHISING, INC., : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> RICHARD O. TAINTER and DIANE E. TAINTER, : <br>     Defendants. : | CIVIL ACTION <br> NO. 12-5500 |

**O R D E R**

AND NOW, this 6th day of June, 2013, upon consideration of Defendants' Motion to Transfer Venue to the Northern District of California [Doc. No. 2] and Plaintiff's Opposition thereto [Doc. No. 7], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the Motion to Transfer Venue is DENIED.

It is so ORDERED.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE